**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| J. Q. DOE,  )<br>  )<br>   Plaintiff,  )<br>  )<br>v.  )<br>  )<br>ANDREA LYNNE BENOIT, et al.,  )<br>  )<br>   Defendants.  )<br>  ) | **FILED UNDER SEAL**<br><br>Civil No. 19-1253 (DLF)<br><br>May 8, 2019 |

**PLAINTIFF'S MOTION FOR LEAVE TO SEAL**

Plaintiff J. Q. Doe ("Doe"), through undersigned counsel ("Counsel"), respectfully moves for leave to seal the Complaint [ECF No. 1]. Despite Counsel's best efforts, the name of Plaintiff, whose motion for pseudonym was already been granted last week by Chief Judge Beryl Howell, is inadvertently displayed in the text of the Complaint.

A proposed order is attached.


May 8, 2019         Respectfully submitted,


                    __/s/ Gerald L. Gilliard_____
                    Gerald L. Gilliard, Esq.
                    D.C. Bar. No. 497726
                    1629 K Street, N.W., Suite 300
                    Washington, D.C. 20006
                    Tel. (202) 829-9753
                    Fax. (202) 478-1783
                    E-Mail: ggilliard@employmentlegalteam.com