UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| "J.Q. DOE",<br><br>Plaintiff,<br><br>v.<br><br>ANDREA LYNNE BENOIT, et al.,<br><br>Defendants. | Civil Action No. 19-1253 (DLF) |

STIPULATION OF PARTIAL DISMISSAL

Pursuant to Federal Rules of Civil Procedure ("Rule") 41(a)(1)(ii), the parties hereby stipulate and agree to the dismissal of Counts IV and V of the Complaint. This dismissal is with prejudice as to the individual capacity claims against Defendant Benoit and the unnamed John Doe Defendants, but shall operate without prejudice as to any related claim that Plaintiff may seek to pursue against any government entity or individual in an official capacity.

Plaintiff also advises that she intends to file an amended complaint and does not oppose an enlargement of time for the remaining defendants to answer or otherwise respond to the original complaint to allow defendants 60 days from the filing of the amended

complaint to answer. Defendants advise that they do not oppose the filing of an amended complaint under these circumstances and with these limitations on or before August 23, 2019.

Dated: July 25, 2019

Respectfully submitted,

_____ /s/
Kelly Brian McClanahan, Esq.
DC Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD  20853
(301) 728-5908
Fax: (240) 681-2189
Email:Kel@nationalsecuritylaw.Org

JESSIE K. LIU, DC Bar #472845
United States Attorney

DANIEL F. VAN HORN, DC Bar #924092
Chief, Civil Division

By: _____ /s/
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC  20530
(202) 252-2536
mark.nebeker@usdoj.gov