# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| J.Q. DOE, | ) | |
|     *Plaintiff*, | ) | |
| v. | ) | Civil Action No. 1:19-cv-01253 (DLF) |
| ANDREA LYNNE BENOIT, ET AL, | ) | **FILED UNDER SEAL** |
|     *Defendants*. | ) | |

## SEALED MOTION TO SEEK LEAVE TO FILE
## SEALED MOTION FOR RECONSIDERATION

In accordance with Federal Rule of Civil Procedure 54(b), Plaintiff J.Q. Doe, through undersigned counsel ("Counsel"), respectfully submits this motion for leave to seal a motion for reconsideration of the Minute Order of April 30, 2020. Because the time limit to file a motion for reconsideration of an interlocutory order (like the April 30, 2020 Minute Order) is until final judgment is entered, Fed. R. Civ. P. 54(b), this Motion is timely filed.

Plaintiff asks the court to ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████. With all due respect to this Court, Plaintiff believes that the Court's decision to nonetheless reconsider Chief Judge Howell's Order on that basis reflects clear error justifying this instant motion. *Id*.

1

**FILED UNDER SEAL**

Plaintiff respectfully requests that the Court rescind, vacate, or set aside its Minute Order of April 30, 2020 ███████████████████████████████████████████

███████████████████████████████████████████████████████████████

██████████████████████████████████████████.

In accordance with LCvR 7(m), Plaintiff has conferred with Defendants concerning this Motion. Defendants indicate that they oppose the Motion. A memorandum of support and proposed order are attached.

DATED: May 26, 2020         Respectfully submitted,

                                               __/s/ Gerald L. Gilliard_____
                                               Gerald L. Gilliard, Esq.
                                               D.C. Bar. No. 497726
                                               1629 K Street NW, Suite 300
                                               Washington, D.C. 20006
                                               Tel.: (202) 827-9753
                                               Fax: (202) 478-1783
                                               Email: ggilliard@employmentlegalteam.com

**FILED UNDER SEAL**